Gregory L. Weeks, Esq., CSB 58584
Janet Robertson Kaufman, Esq., CSB 116143
Gregory K. Nelson, Esq., CSB 203029
Chandler G. Weeks, Esq., CSB 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
(858) 794-2140
Email: office@wknjlaw.com

**FILED**

2008 AUG 11  PM 4:39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____DEPUTY

Attorneys for Plaintiff

'08 CV 1457 JAH JMA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OAKLEY, INC.,** a Washington corporation, | Case No.: |
| Plaintiff, | **CERTIFICATION AS TO INTERESTED PARTIES** |
| vs. | **LOCAL RULE 4.6** |
| BIG 5 CORPORATION, a Delaware corporation and STYLE EYES OPTICS, a California corporation, | |
| Defendants. | |

The undersigned, counsel for Plaintiff Oakley, Inc., certifies that the following parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or refusal:

Oakley, Inc. is an indirect, wholly-owned subsidiary of Luxottica Group S.p.A.

DATED: **8/11/08**                    WEEKS, KAUFMAN, NELSON & JOHNSON

_____
Attorney for Plaintiff, Oakley, Inc.
E-mail: chandlerw@wknjlaw.com

Certification as to Interested Parties

1