# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

OAKLEY, INC., a Washington corporation
                Plaintiff,

vs

BIG 5 CORPORATION, a Delaware corporation and STYLE EYES OPTICS, a California corporation

                Defendants.

**FILED**
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### SUMMONS IN A CIVIL ACTION

Case No.

**08 CV 1457 JAH JMA**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gregory K. Nelson, Esq.
Weeks, Kaufman, Nelson & Johnson
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG 11 2008
DATE

By _____, Deputy Clerk