Gregory L. Weeks, Esq., CSB No. 58584
Janet Robertson Kaufman, Esq., CSB No. 116541
Gregory K. Nelson, Esq., CSB No. 203029
Chandler G. Weeks, Esq., CSB No. 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Fax: (858) 794-2141
Email: Office@wknjlaw.com

Attorneys for Plaintiff

FILED
08 AUG 11 PM 4: 39
US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

'08 CV 1457 JAH JMA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington Corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>BIG 5 CORPORATION, a Delaware corporation, and STYLE EYES OPTICS, a California corporation,<br><br>   Defendants. | ) Case No.:<br>)<br>) NOTICE OF RELATED CASES<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   Plaintiff Oakley, Inc., pursuant to Local Rule 40.1, hereby notifies the Court and Defendants BIG 5 CORPORATION and STYLE EYES OPTICS that the subject matter of this case is related to the following action:

  1. Civil Action No. 04 CV 1379 WQH (POR)

    United States District Court, Southern District of California

    Oakley, Inc. v. Joe Werb (Amazing Replicas.com)

Notice of Related Cases

This action involves the same Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. D473,583 in a case involving patent infringement by an accused product that is substantially similar with the accused product in this case.

DATED: August 11, 2008     WEEKS, KAUFMAN, NELSON & JOHNSON

Attorney for Plaintiff, Oakley, Inc.
E-mail: chandlerw@wknjlaw.com

Notice of Related Cases

2